No. 192. ALPHONSE K. ROY *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE;

No. 193. CHARLES J. DERBES *v.* SAME;

No. 194. INEZ M. ROY *v.* SAME;

No. 195. ALPHONSE K. ROY AND CHARLES J. DERBES, EXECUTORS, *v.* SAME;

No. 196. CARMEN DERBES *v.* SAME;

Nos. 197 to 201. STAFFORD, DERBES & ROY, INC. *v.* SAME; and

No. 202. UPSTREAM REALTY CO., INC. *v.* SAME. October 8, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John J. Finnorn* for petitioners. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Norman D. Keller* for respondent.

No. 203. TEXAS & NEW ORLEANS R. CO. ET AL. *v.* WEBSTER ET AL. October 8, 1934. Petition for writ of certiorari to the Supreme Court of Texas denied. *Messrs. Michael Nagle, Maury Kemp,* and *Jules Henri Tallichet* for petitioners. *Mr. Robert Ewing Thomason* for respondents. See also, 53 S. W. (2d) 656.

No. 320. TEXAS & PACIFIC RY. CO. *v.* DAWSON. October 8, 1934. Petition for writ of certiorari to the Supreme Court of Texas denied. *Messrs. Joseph H. T.*